FILED

08/24/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0360

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0360

_____

ELGIN FABER and COLLEEN FABER,

  Plaintiffs and Appellants,

 v.             O R D E R

KEITH RATY, COLLEEN RATY, et al,

  Defendants, Appellees,
  and Cross-Appellants.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John A. Kutzman, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 24 2022